IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JENNIFER LOCKLEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV00255 |
| ) | |
| PERSON COUNTY BOARD OF EDUCATION, ) | |
| and RONNIE BUGNAR, individually and in ) | |
| his official capacity as Superintendent of ) | |
| Person County Schools, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER

Tilley, Chief Judge

For the reasons set forth in a contemporaneously filed Memorandum Opinion, Defendants Motion to Dismiss [Doc. # 6] is GRANTED in part and DENIED in part and Defendants' Motion for Judgment on the Pleadings [Doc. # 9] is DENIED. The sole remaining claim in this case is Dr. Locklear's claim under 42 U.S.C. § 1983 for First Amendment retaliation against Defendant Person County Board of Education.

This the day of June 22, 2006

/s/ N. Carlton Tilley, Jr.
United States District Judge